IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:24-cv-57-RAH |
| | )                [WO] |
| ROLANDA CALLOWAY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED.R.CIV.P. 58.

DONE, on this the 17th day of June 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE